**EXHIBIT 1**

**Chart of similarly situated cases from JSIN**

A more in-depth review of the Judiciary Sentencing Information (JSIN) during the last five fiscal years (FY2017-2021), revealed 101 cases whose sole primary statutory conviction was 18 U.S.C. §922(a)(1)(A), similar to this case. Of those 101 cases, seven cases resulted in a Final Offense Level 19 and a Criminal History Category I. The following chart highlights particular case information to aid the Court in sentencing:

| | |
|---|---|
| USSCID: 2600815 | Guideline Year: 2018<br>Age: 21<br>60-months of probation<br><br>**Reason cited:**<br>Substantial Assistance (§5K1.1) |
| USSCID: 2493323 | Guideline Year: 2016<br>Age: 66<br>12-months of probation ordered<br><br>**Reasons cited**:<br>Age (§5H1.1);<br>Physical Condition (§5H1.4);<br>Nature and Circumstance of the offense;<br>History and Characteristics;<br>Non-Violent Offense/Offender;<br>Criminal History issues (aggregated reason);<br>Conduct on Release/Bond/Supervision;<br>General aggravating/mitigating (§5K2.0) |
| USSCID: 2394641 | Guideline Year: 2016<br>Age: 23<br>6-mos imprisonment + 6-mos confinement condition (split sentence); 150-hrs of community service<br><br>**Reasons cited**:<br>18 U.S.C. §3553(a)(2)(A)<br>18 U.S.C. §3553(a)(2)(B)<br>18 U.S.C. §3553(a)(2)(C)<br>Age (§5H1.1)<br>Physical Condition (§5H1.4)<br>Drug Dependence/Alcohol Abuse (§5H1.4)<br>Previous Employment Record (§5H1.5)<br>Family Ties/Responsibilities (§5H1.6) |

| | |
|---|---|
| USSCID: 2561489 | Guideline Year: 2018<br>Age: 23<br>12-mos imprisonment<br><br>**Reasons Cited:**<br>History/Characteristics of defendant<br>Rehabilitation<br>Criminal History Issues (aggregated reason) |
| USSCID: 2663412 | Guideline Year: 2018<br>Age: 43<br>18-months imprisonment<br><br>**Reasons Cited:**<br>Physical Condition (§5H1.4)<br>Family Ties/responsibilities (§5H1.6)<br>History/Characteristics of defendant |
| USSCID: 2449588 | Guideline Year: 2016<br>Age: 65<br>24-months imprisonment<br><br>**Reasons Cited:**<br>Substantial Assistance w/ Gov. Motion<br>(§5K1.1) |
| USSCID: 2500573 | Guideline Year: 2016<br>Age: 27<br>37-mos imprisonment; 300-hrs of community<br>service<br><br>**Reasons Cited:**<br>No information provided |

As mentioned above, the JSIN revealed 101 cases with the statute of conviction being 18 U.S.C. 922(a)(1)(A), and of those cases, 28 received a within guideline sentence or 27%, while only 3 cases received an above-guideline sentence or 2.97%. Notably, 70 cases sentenced under this statute received a below-guideline sentence or 69%.

The following four cases received a split-sentence:

| USSCID[i]: | GLMIN and GLMAX[ii]: | SENSPCAP[iii] | SENTTCAP[iv] | Analysis: |
|---|---|---|---|---|
| 2356805 | 24-30mos | 6.03 | 0.03 | Time-served with 6-mos alternative confinement |
| 2394641 | 30-37mos | 12.00 | 6.00 | 6-mos imprisonment and 6-mos of alternative confinement |

| 2362393 | 37-46mos | 15.00 | 9.00 | 9-mos imprisonment and 6-mos of alternative confinement |
| 2403087 | 57-60mos | 30.00 | 24.00 | 24-mos imprisonment with 6-mos of alternative confinement |

The following 15 cases (or 14%) did not receive any time in custody or received a time-served or probation only sentence:

| USSCID[v]: | GLMIN and GLMAX[vi]: | SENSPCAP[vii] | SENTTCAP[viii] | Analysis: |
|---|---|---|---|---|
| 2599946 | 6-12mos | 0.03 | 0.03 | Time-served |
| 2473071 | 10-16mos | 0.03 | 0.03 | Time-served |
| 2475425 | 10-16mos | 0.03 | 0.03 | Time-served |
| 2355401 | 12-18mos | 0.00 | 0.00 | Probation Only |
| 2515217 | 12-18mos | 0.00 | 0.00 | Probation Only |
| 2695881 | 12-18mos | 0.00 | 0.00 | Probation Only |
| 2485644 | 12-18mos | 0.03 | 0.03 | Time-served |
| 2372651 | 18-24mos | 0.00 | 0.00 | Probation Only |
| 2475861 | 18-24mos | 0.00 | 0.00 | Probation Only |
| 2524696 | 18-24mos | 0.03 | 0.03 | Time-served |
| 2621007 | 18-24mos | 0.03 | 0.03 | Time-served |
| 2402399 | 24-30mos | 0.00 | 0.00 | Probation Only |
| 2441109 | 24-30mos | 0.00 | 0.00 | Probation Only |
| 2493323 | 30-37mos | 0.00 | 0.00 | Probation Only |
| 2600815 | 30-37mos | 0.00 | 0.00 | Probation Only |

*The data used for these analyses were extracted from the U.S. Sentencing Commission's "Individual Offender Datafiles" spanning fiscal years ExcelFY17to21. The Commission's "Individual Offender Datafiles" are publicly available for download on its website. U.S. Sent'g Comm'n, Commission Datafiles, https://www.ussc.gov/research/datafiles/commission-datafiles.*

[i] USSCID represents the unique identifier of cases received by the U.S. Sentencing Commission

[ii] GLMIN and GLMAX represent the trumped guideline minimum and maximum, respectively.

[iii] SENSPCAP represents the total prison sentence in months, with alternative confinement counted as imprisonment, and probation sentences represented by zeros.

[iv] SENTTCAP represents the total prison sentence in months. Sentences to probation with or without confinement conditions are coded as inapplicable