# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEMETRIUS MINOR,<br><br>            Defendant. | Crim. Action No. 1:22CR401-APM |

**SECOND SUPPLEMENT TO MEMORANDUM IN AID OF SENTENCING**

      Demetrius Minor, through counsel, submits the attached letter as supplements to Exhibit 2 of his Memorandum in Aid of Sentencing. The attached letter is from his grandmother, Jeanette West.

      Respectfully Submitted,

      A.J. KRAMER
      FEDERAL PUBLIC DEFENDER


      _____/s/_____
      ELIZABETH MULLIN
      Assistant Federal Public Defender
      625 Indiana Avenue, N.W., Suite 550
      Washington, D.C.  20004
      (202) 208-7500